UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA F. WALSH,<br><br>    Plaintiff,<br><br> v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC., a Delaware Corporation, d/b/a YAKIMA HMA, INC., d/b/a YAKIMA HMA, LLC, d/b/a YAKIMA REGIONAL MEDICAL CENTER,<br><br>    Defendants. | NO: 11-CV-3125-TOR<br><br>ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (ECF No. 34). The stipulation was heard without oral argument.

The parties represent this action has been settled and all of Plaintiff's claims may be dismissed with prejudice and without costs or attorney fees to any party.

///

///

ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL ~ 1

Accordingly, IT IS HEREBY ORDERED:

The parties' Stipulation of Dismissal with Prejudice (ECF No. 34) is **GRANTED**. The Complaint is dismissed with prejudice and without costs or attorney fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 18th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge